UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNIKA FUDGE,

       Plaintiff,

v.                                                                  Case No. 1:15-cv-311

COMMISSIONER OF SOCIAL                          Hon. Ray Kent
SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED.**

       **IT IS SO ORDERED.**


Dated:  March 25, 2016                    /s/ Ray Kent
                                                        RAY KENT
                                                        United States Magistrate Judge